# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 1111

VERSUS

THOMAS M. COUSIN                          **NOV 25 2019**

---

In Re:      Thomas M. Cousin, applying for supervisory writs, 23rd
            Judicial District Court, Parish of Ascension, Nos.
            40107, 40160.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED AS MOOT.** On October 22, 2019, the charges
against relator were dismissed.   Accordingly, relator's request
for relief is moot.

                           **JMM**
                           **MRT**
                           **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
           FOR THE COURT